IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY IADANZA and <br> DAVID IADANZA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO. 10-184 <br><br> JUDGE GARY L. LANCASTER <br><br> Electronically Filed |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their or its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

*[signature]*
SHERIE PAINTER CANNIN
Pribanic & Pribanic
1735 Lincoln Way
White Oak, PA 15131
(412) 672-5444

Counsel for plaintiffs Jody Iadanza and
David Iadanza

DAVID J. HICKTON
United States Attorney

s/ Megan E. Farrell
MEGAN E. FARRELL
Assistant U.S. Attorney
Western District of PA
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
PA I.D. No. 76972

Counsel for defendant
the United States of America

Dated: September 13, 2011

## ORDER

AND NOW, this 6th day of Sept, 2011, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record